*ant Attorney General Clark* and *Messrs. Warner W. Gardner, J. Louis Monarch, Richard H. Demuth,* and *Morton K. Rothschild* for respondent.

No. 698. GARLAND, TRUSTEE, ET AL. *v.* UNITED STATES. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. John B. Duval* and *Robert C. Duval, Jr.* for petitioners. *Messrs. Warner W. Gardner, Julius C. Martin, Wilbur C. Pickett, Fendall Marbury,* and *Richard S. Salant* for the United States.

No. 657. GEIGER *v.* CALIFORNIA. On petition for writ of certiorari to the Superior Court, Los Angeles County, California; and
No. 683. GEIGER *v.* CALIFORNIA. On petition for writ of certiorari to the Superior Court, Appellate Department, California. November 17, 1941. The motions for leave to proceed further *in forma pauperis,* and the petitions for writs of certiorari, are denied. *Mr. Morris Lavine* for petitioner. *Messrs. Ray L. Chesebro, John L. Bland* and *W. Jos. McFarland* for respondent.

No. 619. QUERY ET AL., CONSTITUTING THE SOUTH CAROLINA TAX COMM'N, *v.* UNITED STATES ET AL. November 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. John M. Daniel* and *Claude K. Wingate* for petitioners. *Solicitor General Fahy* for respondents.

No. 653. HOTEL MARKHAM, INC. ET AL. *v.* BALL ET AL. November 17, 1941. Petition for writ of certiorari to the